IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KENNETH GRAHAM AND MARTHA GRAHAM     PLAINTIFFS

VS.     CIVIL ACTION NO.3:21-CV-190-GHD-JMV

WINNEBAGO INDUSTRIES, INC.,
AND SOUTHAVEN R.V. CENTER, INC.     DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came before the Court on the *ore tenus* joint motion of the parties to dismiss this cause of action against Defendants Winnebago Industries, Inc. and Southaven R.V. Center, Inc. with prejudice. This Court, having been advised that this cause has been fully resolved, is of the opinion that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims against Defendants Winnebago Industries, Inc. and Southaven R.V. Center, Inc. are hereby dismissed, with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

SO ORDERED, this the 2nd day of January, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

s/ Benjamin Z. Wise
Benjamin Z. Wise (MB# 99652)
Attorney for Plaintiffs


s/ Harrison M. Smith
Arthur D. Spratlin, Jr. (MB# 9035)
Harrison M. Smith (MB# 106339)
Attorneys for Defendants